IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO. 1:18-cv-100

| | |
|---|---|
| CAROLINE TRUCKING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION OF DISMISSAL |
| Vs. ) | |
| ) | |
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

*******************************************************************************

NOW COME the parties in the above-captioned case, jointly and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate and agree to a voluntary dismissal with prejudice of all claims asserted, or which could have been asserted, in this action, with the parties bearing their own costs and attorneys' fees.

This the 22nd day of May, 2018.

| | |
|---|---|
| /s/ Walter C. Holton, Jr. | /s/ David G. Harris II |
| Attorney for Plaintiff | Attorney for Defendant |
| NCSB # 12698 | NCSB # 35327 |
| 857 W. 5th St. | 800 Green Valley Road, Suite 302 |
| Winston-Salem, N.C. 27101 | Greensboro, N.C. 27407 |
| wholton@walterholton.com | dharris@goldbergsegalla.com |
| (336) 777-3480 - ofc | (336) 419-4910 - ofc |
| (336) 722-3478 - fax | (336) 419-4950 - fax |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO. 1:18-cv-100

| | |
|---|---|
| CAROLINE TRUCKING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| Vs. ) | |
| ) | |
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is to certify that on this date, a copy of the foregoing Stipulation of Dismissal was filed electronically with the Court using the CM/ECF system which will automatically send notice to the following counsel of record:

David G. Harris II
GOLDBERG SEGALLA LLP
800 Green Valley Road, Suite 302
Greensboro, N.C. 27407
dharris@goldbergsegalla.com
(336) 419-4910 - ofc
(336) 419-4950 – fax
*Attorney for Defendant*

This the 22nd day of May, 2018.

/s/ Walter C. Holton, Jr.
Attorney for Plaintiff
NCSB # 12698
857 W. 5th St.
Winston-Salem, N.C. 27101
wholton@walterholton.com
(336) 777-3480 - ofc
(336) 722-3478 - fax

8879632.1

2